**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| TURBO L. MIDGYETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:08-CV-0091 LMB |
| | ) | |
| TROY STEELE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

This matter is before the Court upon its own motion. Plaintiff, a prisoner, has submitted a motion to proceed in forma pauperis. However, plaintiff has failed to file a certified copy of his prison account statement as required by 28 U.S.C. § 1915(a). As a result, the Court will order plaintiff to submit a certified copy of his prison account statement within thirty days of the date of this Order. If plaintiff fails to comply with this Order, this action will be dismissed without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall submit a certified copy of his prison account statement within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, this action will be dismissed without prejudice.

Dated this ___23rd___ day of ___June___, 2008.

_Lewis M. Blanton_
UNITED STATES MAGISTRATE JUDGE